# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

FILED
2016 AUG -5 AM 11:23
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| Thomas W. Spaude and Angela M. Spaude, individually and as co-trustees of the Thomas W. Spaude and Angela M. Spaude Trust, <br><br> Plaintiffs, <br><br> v. <br><br> Paul Mysyk, Harrison Schumacher, Quantum Energy, LLC, Quaneco, LLC, Phillips Murrah, P.C., Robert O'Bannon, Beverly Vilardofsky, and Thomas Wolfe, <br><br> Defendants. | Civil Action No.: 1:16-cv-01836-DCN <br><br> Judge Donald C. Nugent <br><br> **MOTION FOR PRO HAC VICE FOR J. BARTON GOPLERUD** |

Plaintiffs, Thomas W. Spaude and Angela M. Spaude, individually and as co-trustees of the Thomas W. Spaude and Angela M. Spaude Trust (collectively, referred to herein as "Plaintiffs"), by and through their undersigned counsel, hereby move this Court, pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission *pro hac vice* of J. Barton Goplerud, so that he may appear and participate in this case. The reasons supporting this Motion are more fully set forth in the attached Affidavit of J. Barton Goplerud, which is incorporated herein by reference.

As established by the attached Affidavit, J. Barton Goplerud (Iowa Bar No. AT0002983) is a member in good standing of the courts to which he is admitted. Further, J. Barton Goplerud

1

agrees to be bound by the Local Rules of this District and Orders of this Court.

For the foregoing reasons, counsel for the Plaintiffs respectfully requests that this Court enter an Order granting the admission *pro hac vice* of J. Barton Goplerud.

*/s/ J. Barton Goplerud*    */s/ Brian Marty*

J. Barton Goplerud, Iowa Bar No. AT0002983
Brian O. Marty, Iowa Bar No. AT0011622
Hudson, Mallaney, Shindler & Anderson P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone: (515) 223-4567
Fax: (515) 223-8887