IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THOMAS W. SPAUDE AND ANGELA M. SPAUDE, INDIVIDUALLY AND AS CO-TRUSTEES OF THE THOMAS W. SPAUDE AND ANGELA M. SPAUDE TRUST DATED JULY 9, 2003, AND DENNIS C. MACIESKI, INDIVIDUALLY AND AS TRUSTEE OF THE MACIESKI CRNA PC 401(K), <br><br> Plaintiffs, <br> v. <br><br> PAUL MYSYK, HARRISON SCHUMACHER, QUANTUM ENERGY, LLC, QUANECO, LLC, ROBERT O'BANNON, and BEVERLY VILARDOFSKY, <br><br> Defendants. | CASE NO. 1:16-cv-01836-DCN <br><br> JUDGE DONALD C. NUGENT <br><br> MOTION FOR ADMISSION PRO HAC VICE OF BRIAN O. MARTY |

COME NOW Plaintiffs, by and through their undersigned counsel, and hereby move this Court, pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission pro hac vice of Brian O. Marty, so that he may appear and participate in this case. The reasons supporting this Motion are more fully set forth in the attached Affidavit of Brian O. Marty, which is incorporated herein by reference.

As established by the attached Affidavit, Brian O. Marty (Iowa Bar No. AT0011622) is a member in good standing of the courts to which he is admitted. Further, Brian O. Marty agrees to be bound by the Local Rules of this District and Orders of this Court.

1

      For the foregoing reasons, counsel for Plaintiffs respectfully requests that this Court enter an Order granting the admission pro hac vice of Brian O. Marty.

Date: October 11, 2016                              Respectfully submitted,

                                                    /s/ *James P. Booker*
                                                    James P. Booker (OBN 0090803)
                                                    Alan L. Rosca (OBN 0084100)
                                                    **PEIFFER, ROSCA, WOLF,**
                                                    **ABDULLAH, CARR & KANE,**
                                                    **A Professional Law Corporation**
                                                    1422 Euclid Avenue
                                                    Suite 1610
                                                    Cleveland, OH 44115
                                                    Telephone: (216) 589-9280
                                                    Facsimile: (888)411-0038
                                                    E-mail: arosca@prwlegal.com
                                                    E-mail: jbooker@prwlegal.com

                                                    J. Barton Goplerud (*admitted pro hac vice*)
                                                    **HUDSON, MALLANEY, SHINDLER & ANDERSON, PC**
                                                    5015 Grand Ridge Drive, Suite 100
                                                    West Des Moines, Iowa 50265-5749
                                                    Telephone: (515) 223-4567
                                                    Facsimile: (515) 223-8887
                                                    E-mail: jbgoplerud@hudsonlaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2016, a copy of the foregoing was filed electronically with the Court's Case Management/Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent by operation of the CM/ECF system. Notice of this filing will also be sent by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the CM/ECF system.

/s/ *James P. Booker*
James P. Booker

*One of the Attorneys for Plaintiffs*
